CITICORP MORTGAGE, INC. *v.* TODD R.
BAINER ET AL.
(AC 19618)

Landau, Spear and Hennessy, Js.

Argued March 2—officially released April 18, 2000

Per Curiam. The judgment is affirmed.

STATE OF CONNECTICUT *v.* HENRI D. MORIN
(AC 17994)

Spear, Hennessy and Mihalakos, Js.

Argued March 21—officially released April 18, 2000

Per Curiam. The judgment is affirmed.

STATE OF CONNECTICUT *v.*
RUDOLPH SAINT VICTOR
(AC 18862)

Spear, Hennessy and Mihalakos, Js.

Argued March 21—officially released April 18, 2000

Per Curiam. The judgment is affirmed.